IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | 9:24-po-5001-KLD |
| --- | --- |
| Plaintiff, | Violation No: F5265022 |
| | Location Code: M10 |
| vs. | |
| | ORDER |
| CODY A ALLESTAD, | |
| Defendant. | |

Before the Court is the motion of the United States to quash the arrest warrant in this case. For good cause shown, the motion is granted.

IT IS HEREBY ORDERED that the arrest warrant for the defendant be QUASHED.

Dated this __17th__ day of April, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1